UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GLORIA WESLEY                                                                                                          PLAINTIFF

V.                                                                         CIVIL ACTION NO. 3:14CV242-CWR-FKB

ERIC K. SHINSEKI                                                                                                     DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on March 25, 2014. The report and recommendation clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72(b)(2). This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this Court.

SO ORDERED, this the 14th day of April, 2014.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE